IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PENNY WARREN and PAM FOTE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: _____ |
| ) | |
| NATIONWIDE MUTUAL FIRE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The defendant, Nationwide Mutual Fire Insurance Company (hereinafter "Nationwide"), by and through counsel, pursuant to 28 U.S.C. § 1446, gives notice of removal of this action from the Chancery Court of Sumner County, Tennessee, to the United States District Court for the Middle District of Tennessee, and alleges as follows:

1. On December 27, 2007, the plaintiffs filed suit against Nationwide in the Chancery Court for Sumner County, Tennessee, where said action is now pending under docket number 2007C-321. A copy of the suit filed by plaintiffs in the Chancery Court of Sumner County, Tennessee, is attached as Exhibit 1.

2. On January 3, 2008, Nationwide was served with a summons and complaint by service on the Commissioner of Insurance for the State of Tennessee for the above-styled action.

3. No further proceedings have been had in the Chancery Court of Sumner County, Tennessee.

4. The entire amount of controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).

5. This action only involves citizens and residents of different states. At the time of the commencement of the action in Chancery Court of Sumner County, Tennessee, and since that time, the plaintiffs were and still are residents of Tennessee. The defendant was and still is, a corporation incorporated and organized in another State than the State of Tennessee, with its principal place of business in another State than the State of Tennessee.

6. This Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U.S.C. §1332(a) and (c) and because the defendant is not a citizen or resident of the State of Tennessee, and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs. Therefore, removal to this Court is proper, pursuant to 29 U.S.C. § 1441(a).

WHEREFORE, Nationwide gives notice of the removal of this action from the Chancery Court of Sumner County, Tennessee, to the United States District Court, Middle District of Tennessee.

Respectfully submitted,

_____
GARY A. BREWER
Registration No. 4678
Attorney for Nationwide Mutual Fire
Insurance Company

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2008, a true and correct copy of the foregoing document has been sent via first class United States mail, postage prepaid, addressed to:

Beth A. Garrison, Esquire
103 Bluegrass Commons Boulevard
Hendersonville, TN   37075

_____
GARY A. BREWER

GAB:car