IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PENNY WARREN and PAM FOTE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:08-0096 |
| ) | JURY DEMAND |
| ) | |
| NATIONWIDE MUTUAL FIRE ) | Judge Echols |
| INSURANCE COMPANY, ) | |
| ) | Magistrate Judge Knowles |
| Defendant. ) | |

## ORDER OF DISMISSAL

The Court, having been notified by the parties by Joint Stipulation that the case has been fully settled and compromised and should be dismissed,

It is hereby ORDERED that this case is dismissed. Each party will bear their own discretionary costs.

_____
ROBERT L. ECHOLS
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

*s/Beth A. Garrison*
**BETH A. GARRISON**
Registration No. 024434
Attorney for Plaintiffs

103 Bluegrass Commons Boulevard
Hendersonville, TN 37075
615-824-3761x207


*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Nationwide Mutual Fire Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2009, a copy of the foregoing ORDER OF DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.


Beth A. Garrison, Esquire
103 Bluegrass Commons Boulevard
Hendersonville, TN 37075
**bethgarrison@bellsouth.net**

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787